**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Fidelity National Financial, Inc., et al., | ) | No.  CIV 03-1222-PHX-RCB (DKD) |
| Plaintiffs, | ) ) | **ORDER** |
| vs. | ) ) | |
| Colin H. Friedman, et al., | ) ) | |
| Defendants. | ) ) | |
| | ) ) | |

Pending before the Court is the parties' Stipulation Re: Debtor Examination of Colin H. Friedman and Hedy Kramer Friedman (Doc. #114), filed March 2, 2006.  Upon good cause shown,

**IT IS HEREBY ORDERED** granting the parties' Stipulation Re: Debtor Examination of Colin H. Friedman and Hedy Kramer Friedman (Doc. #114) NUNC PRO TUNC to the date of the Stipulation.

DATED this 16th day of March, 2006.

_____
David K. Duncan
United States Magistrate Judge