**FILED**

**APR 19 2010**

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| FIDELITY NATIONAL FINANCIAL INC., <br><br> Plaintiff - Appellee, <br><br> FIDELITY EXPRESS NETWORK INC., <br><br> Claimant - Appellee, <br><br> v. <br><br> COLIN H. FRIEDMAN and HEDY KRAMER FRIEDMAN, individually and as trustee of the Friedman Family Trust UDT, dated July 23, 1987, <br><br> Defendants - Appellants, <br><br> and <br><br> ANITA MESHKATAI, individually and as a trustee of the Anita Kramer Living Trust, dated July 23, 1987, <br><br> Defendant. | No. 08-16967 <br><br> D.C. No. 2:03-cv-01222-RCB <br> District of Arizona, <br> Phoenix <br><br><br> ORDER |

Before: B. FLETCHER, THOMAS and N.R. SMITH, Circuit Judges.

The order of this court, filed on April 9, 2010, is hereby WITHDRAWN and replaced concurrent with the filing of a published, amended order.